# US DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

**Erica Horne,** )
)
Plaintiff, )
)
) Case No. 3:23-cv-378-RJC

V.

**CREDIT ACCEPTANCE CORP.**
) **COMPLAINT**
)
Defendant, )

**STATE OF NORTH CAROLINA** )

**UNION COUNTY** )

FILED
CHARLOTTE, NC
JUN 2 6 2023
US DISTRICT COURT
WESTERN DISTRICT OF NC

1. This Court has jurisdiction over this action under state law and 15 U.S.C. § 1681p.

2. This Court has jurisdiction over Defendant because Defendant is a resident of UNION COUNTY, NORTH CAROLINA.

3. Plaintiff, a consumer, sent a written dispute on or about October 28, 2022, to Defendant, a data furnisher, disputing the completeness and/or accuracy of account Credit Acceptance Corp.– account number 100266052, which was in a consumer reports concerning Plaintiff prepared, maintained, and published to others by Defendant, and Defendant negligently and/or willfully failed to follow reasonable procedures to assure maximum accuracy of the date in consumer reports concerning Plaintiff, and investigate, delete, or modify the disputed information, and provide a response to Plaintiff within 30 days of receipt of Plaintiff's dispute.

4. Due to Defendant's conduct, Plaintiff has suffered personal and financial damages

5. Due to Defendant's conduct, Defendant is liable to Plaintiff for actual, statutory, and punitive damages, and costs under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* WHEREFORE, Plaintiff prays for damages in the amount of $45,000 plus $5,000 to date, and all future costs of this suit, and such other relief the Court does deem just, equitable and proper.

I, ERICA HORNE, swear that the foregoing is a just and true statement of the amount owing by Defendant to Plaintiff, exclusive of all set-offs and just grounds of defense.

By affixing this electronic verification, oath, or affidavit to the pleading submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading are true and correct.

Dated: 06/23/2023

*/s/ Horne*

ERICA HORNE

2500 Labelle Drive

Waxhaw, North Carolina 28173

Email: emhorne4@gmail.com

PLANTIFF (pro se)

# CERTIFICATE OF SERVICE

I certify or affirm that on this date I served Defendant with a courtesy copy of the foregoing Amended Complaint via electronic email and U.S.P.S. regular mail with sufficient postage thereon to Defendant's following address:

**CREDIT ACCEPTANCE CORP CSC-DELAWARE**
**2626 GLENWOOD AVE. STE 550, RALEIGH, NC 27608**

Dated: 06/23/2023

Respectfully submitted,

Erica Horne